1 **LAUREN ROSS, State Bar No. 106225**
**ATTORNEY AT LAW**
2 2550 N. Hollywood Way
Suite 404
3 Burbank, CA 91505-5046
TEL. (818)847-0211; FAX (818)847-0214
4
Attorney for Defendant PACCAR FINANCIAL CORPORATION,
5 A Washington corporation

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | Case No.: 1:08-cv-00904-AWI-SMS |
| | Honorable Anthony W. Ishii |
| Plaintiff, | |
| vs. | **STIPULATION TO SET ASIDE DEFAULT OF DEFENDANT PACCAR FINANCIAL CORPORATION FOR GOOD CAUSE AND ORDER THEREON** |
| PACCAR FINANCIAL CORPORATION, a Washington corporation ; and SIDHU TRUCK LINE, INC., a California corporation, | |
| Defendants. | **Trial Date:  None**<br>**Discovery Cutoff: None**<br>**Motion Cutoff: None** |

It is hereby stipulated and agreed between WELLS FARGO BANK, NATIONAL ASSOCIATION, Plaintiff, by and through its attorney of record BARTON, KLUGMAN & OETTING LLP, and PACCAR FINANCIAL CORPORATION, A WASHINGTON CORPORATION, defendant, by and through its attorney LAUREN ROSS, as follows:

1.  Plaintiff filed its complaint on June 26, 2008.

2. Defendant PACCAR FINANCIAL CORPORATION was served with the Summons and Complaint on July 3, 2008.

3. Defendant PACCAR FINANCIAL CORPORATION's default was entered on August 28, 2008.

4. Through inadvertence excusable neglect, defendant PACCAR FINANCIAL CORPORATION did not timely file a written answer or otherwise respond to said Summons and Complaint. PACCAR FINANCIAL CORPORATION's agent for service was served and sent the notice of such service to the wrong office, resulting in a short delay in getting the information to counsel.

5. The parties, through their respective counsel, hereby agree to set aside the default of defendant PACCAR FINANCIAL CORPORATION.

6. Defendant PACCAR FINANCIAL CORPORATION shall file a response to the Complaint within ten days of the Order setting aside its default.

7. Co-defendant SIDHU TRUCK LINE was served with the Summons and Complaint on August 29, 2008.

///
///
///

DATED: 9/23/08

BARTON, KLUGMAN & OETTING LLP

 /s/Robert Louis Fisher
ROBERT LOUIS FISHER, A Professional
Corporation, Attorney for Plaintiff,
WELLS FARGO BANK, NATIONAL
ASSOCIATION

1
2
3  DATED:  9/23/08
4                                                  /s/ Lauren Ross
                                                 LAUREN ROSS, Attorney for Defendant,
5                                                PACCAR FINANCIAL CORPORATION,
                                                 a Washington corporation
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

Based upon the Stipulation between Plaintiff WELLS FARGO BANK, NATIONAL ASSOCIATION, and Defendant PACCAR FINANCIAL CORPORATION, and with good cause appearing therefore, it is hereby ORDERED:

The default of PACCAR FINANCIAL CORPORATION entered on August 28, 2009, is ordered set aside and PACCAR FINANCIAL CORPORATION may file an answer herein.

IT IS SO ORDERED.

**Dated:**   **September 24, 2008**            /s/ Anthony W. Ishii
                                                                     CHIEF UNITED STATES DISTRICT JUDGE