IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PACCAR FINANCIAL CORP., a Washington corporation; and SIDHU TRUCK LINE, INC., a California corporation,<br><br>　　　　　Defendants. | NO. 1:08-CV-00904-AWI-SMS<br><br>ORDER VACATING JANUARY 20, 2009 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

　　　Plaintiff Wells Fargo Bank's motion for discharge from liability and for award of attorneys' fees and costs and motion for entry of default judgment has been set for hearing in this case on January 20, 2009. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 20, 2009, is VACATED, and the parties shall not appear at that time. As of January 20, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　　January 9, 2009　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE