# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>PACCAR FINANCIAL CORP., a Washington corporation; and SIDHU TRUCK LINE, INC., a California corporation,<br><br>　　　　　　　Defendants. | NO. 1:08-CV-00904-AWI-SMS<br><br>ORDER MODIFYING JANUARY 28, 2009 ORDER REGARDING PLAINTIFF WELLS FARGO'S MOTION FOR JUDGMENT IN INTERPLEADER AND AWARD OF ATTORNEYS' FEES AND ENTRY OF DEFAULT JUDGMENT |

　　　　The court's January 28, 2009 order granting Plaintiff Wells Fargo Bank, National Association's ("Plaintiff") motion for discharge from liability and for an award of attorneys' fees and costs and motion for entry of default judgment is hereby modified *nunc pro tunc*.

　　　　Pursuant to the Plaintiff's and Defendant PACCAR Financial Corp.'s ("Defendant") stipulation, the January 28, 2009 order directed the clerk to pay Plaintiff attorneys' fees in the sum of $5575.55 from the interpleader funds held by the clerk and to pay the remaining balance of $795.84 to Defendant. The interpleader funds were held in an interest bearing account. The court inadvertently did not include any accrued interest in its distribution of the interpleader funds.

　　　　Accordingly, the court's January 28, 2009 order is modified *nunc pro tunc* by directing the clerk to pay the remaining balance of $795.84 plus accrued interest to Defendant PACCAR.

In all other respects, the January 28, 2009 order granting Plaintiff's motions remains unchanged.

## **ORDER**

Accordingly, it is hereby ORDERED that pursuant to Plaintiff's and Defendant PACCAR's stipulation, after the clerk pays Plaintiff attorneys' fees in the sum of $5575.55 from the proceeds, the remaining balance of $795.84 plus accrued interest shall be payable to Defendant PACCAR.

IT IS SO ORDERED.

**Dated:    February 2, 2009**            /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE