FILED

FEB 06 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>PACCAR FINANCIAL CORP., a Washington corporation; and SIDHU TRUCK LINE, INC., a California corporation,<br><br>Defendants. | NO. 1:08-CV-00904-AWI-SMS<br><br>ORDER DIRECTING CLERK TO ENTER INTERPLEADER JUDGMENT IN FAVOR OF PLAINTIFF WELLS FARGO AND JUDGMENT IN FAVOR OF DEFENDANT PACCAR AND TO DISTRIBUTE INTERPLEADER FUNDS |

In light of the court's January 28, 2009 order,[1] Plaintiff Wells Fargo Bank, National Association ("Plaintiff") is discharged from liability and an interpleader judgment shall be entered in favor of Plaintiff. A judgment shall also be entered in favor of Defendant PACCAR Financial Corp. ("Defendant"). Pursuant to Plaintiff's and Defendant's stipulation, the clerk is directed to pay Plaintiff attorneys' fees in the sum of $5,575.55 from the interpleader funds held by the clerk and to pay the remaining balance of $795.84 plus any accrued interest to Defendant.

## ORDER

Accordingly, it is hereby ORDERED:

---

[1] The January 28, 2009 order granted Plaintiff's motion for discharge from liability and for an award of attorneys' fees and costs and motion for entry of default judgment as to defendant Sidhu Truck Line, Inc. ("Sidhu").

(1) The clerk is directed to enter an interpleader judgment in favor of Plaintiff Wells Fargo;

(2) The clerk is directed to enter a judgment in favor of Defendant PACCAR and against Defendant Sidhu;

(3) Pursuant to Plaintiff Wells Fargo's and Defendant PACCAR's stipulation, the clerk is directed to pay Plaintiff attorneys' fees in the sum of $5,575.55 from the interpleader funds and to pay the remaining balance of $795.84 plus accrued interest to Defendant PACCAR; and

(4) The clerk is directed to close this action in its entirety.

Dated: 2-5-09

CHIEF UNITED STATES DISTRICT JUDGE

2